# United States Court of Appeals
## For the First Circuit

No. 12-2176

KATHLEEN HAAG

Plaintiff - Appellant

v.

UNITED STATES; INTERNAL REVENUE SERVICE

Defendants - Appellees

**ORDER OF COURT**

Entered: May 10, 2013
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellant Kathleen Haag to file a reply brief be enlarged to and including **May 23, 2013**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Timothy J. Burke
Dina Michael Chaitowitz
Teresa E. McLaughlin
John Schumann